IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-21026
Conference Calendar

_____

DANIEL LOUIS JOHNSON,

Plaintiff-Appellant,

versus

GAYNELLE GRIFFIN JONES,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CV-373
--------------------

August 26, 1999

Before KING, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

Daniel Louis Johnson, Texas prisoner No. 465571, appeals the
dismissal of his petition for a writ of mandamus for failure to
authorize payment of the filing fee.  However, Johnson has failed
to brief any issues related to the district court's order of
dismissal.  Although this court liberally construes the pleadings
of pro se appellants, arguments must still be briefed to be
preserved.  Price v. Digital Equip. Corp., 846 F.2d 1026, 1028
(5th Cir. 1988)(citations omitted).  Because Johnson has failed

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

to brief the only issue available to him on appeal, his appeal is without merit and is frivolous.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is without merit, it is dismissed.  5th Cir. R. 42.2.

DISMISSED.